IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-MJ-1909

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MARTIN ROSAS-ROJAS ) | |

For good cause shown, the Government's motion to dissolve the Stay of this Court's May 28, 2014 Order Setting Conditions of Release is hereby GRANTED.

The Defendant is to be released from the custody of the United States Marshal, pursuant to the terms of the May 28, 2014 release order and is ORDERED to report to the United States Probation Office for the Eastern District of North Carolina for supervision.

SO ORDERED.

This the 29th day of May 2014.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE